IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHELLY ADELE MORRIS | ) |
| | ) |
| v. | ) NO. 3-14-1056 |
| | ) JUDGE CAMPBELL |
| SOCIAL SECURITY | ) |
| ADMINISTRATION | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 23), to which no Objections have been timely filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Plaintiff's First Motion for Attorney Fees (Docket No. 20) is GRANTED, and Defendant shall pay to Plaintiff the amount of $4,664.50, less any offset amounts owed to the United States in accordance with the terms of the Report and Recommendation.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE